IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

v

2001 SILVER LEXUS IS 300
LICENCE PLATE NUMBER ECJ-914,
SERIAL NO. JTHBD182910015430

    Defendant.

CIVIL NO. 05-1957 (JAF)

## DEFAULT DECREE OF FORFEITURE

WHEREAS, Plaintiff filed a Verified Complaint for Forfeiture In Rem against the defendant property on September 9, 2005..

WHEREAS, on September 30, 2005, José F. Pagán Fuentes was served.

WHEREAS, notice was caused to be published on, October 12, 2005, in El Nuevo Dia, a daily newspaper of general circulation in the Island of Puerto Rico, allowing any person having a claim in the above mentioned defendant property to state the same before this court.

WHEREAS, on October 25, 2005 claimants, José F. Pagán Fuentes and Soraya Benitez Rámirez filed a Notice of Claim.

WHEREAS, as to this date claimants have not filed the answer to the complaint, not complying with Section 983(a)(4) and Rule C(6), which provides that the answer must be filed within 20 days of filing a claim.

Now, therefore, on motion of the plaintiff, United States of America, for a Default Decree

of Forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the above mentioned property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of in accordance to law by the United States Marshal Service.

SO ORDERED.

In San Juan, Puerto Rico this 3rd day of March, 2005.

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE